UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:22-CR- |
| | : | |
| v. | : | (Judge            ) |
| | : | |
| **JAMES A. COCCAGNA** | : | |

## P R A E C I P E

TO:   PETER J. WELSH

SIR:

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure. Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the U.S. mail at the following address: Daniel T. Brier, Esquire, 240 N. 3rd Street, 5th Floor, Harrisburg, PA 17101.

GERARD M. KARAM
United States Attorney

Dated: December 2, 2022

/s/ Ravi Romel Sharma
RAVI ROMEL SHARMA
Assistant U.S. Attorney
Ravi.Sharma@usdoj.gov
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108
Phone: (717) 221-4482
Fax: (717) 221-4493