# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:22-cr-407** |
| : | |
| v.  : | **(Judge Kane)** |
| : | |
| **JAMES COCCAGNA,** : | |
| : | |
| **Defendant** : | |

## ORDER

**AND NOW**, this 6th day of December 2022, it is hereby **ORDERED** that this case is **REFERRED** to Magistrate Judge Martin C. Carlson, for the purpose of issuing a summons and conducting the initial appearance, arraignment and plea concerning the Information (Doc. 1) filed on December 2, 2022.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
