# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:22-CR-00407-01** |
| : | |
| v.    : | |
| : | **(Judge Carlson)** |
| **JAMES COCCAGNA,**    : | |
| : | **(Magistrate Judge Carlson)** |
| **Defendant**    : | |

Type of Case:    ( ) Civil    (**x**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U. S. Courthouse | COURTROOM No. 5 |
| Federal Building | 11th Floor |
| 228 Walnut St. | **December 8, 2022** |
| Harrisburg, PA 17108 | Time: 11:15 a.m. |

TYPE OF PROCEEDING:  **Change of Plea**

                                                                         Peter J. Welsh, Clerk of Court
                                                                         *s/ Kevin J. Neary*
                                                                         Kevin J. Neary, Deputy Clerk

DATED: December 8, 2022

To:   U.S. Attorney's Office – Ravi R. Sharma, AUSA
       Dft's Cnsl – William A. Fetterhoff, Esq.
       Defendant – Via Cnsl
       U.S. Marshal
       Pretrial / Probation