IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | No. 1:22-CR-407 |
| v. | : | |
| | : | |
| | : | Magistrate Judge Carlson |
| JAMES A. COCCAGNA | : | |
| Defendant | : | |

# **ENTRY OF APPEARANCE**

To the Clerk:

    Please enter my appearance as co-counsel (with Daniel T. Brier, Esq.) on behalf of Defendant James A. Coccagna in the above-noted case.


Date:  December 6, 2022                     */s/ William A. Fetterhoff*
                                                                                                                    William A. Fetterhoff
                                                                                                                    Myers, Brier, & Kelly
                                                                                                                     240 North Third Street
                                                                                                                     Suite 501
                                                                                                                     Harrisburg, PA 17101
                                                                                                                     E-mail: wfetterhoff@mbklaw.com
                                                                                                                     Cell: (717) 856-7421
                                                                                                                     Office: (717) 553-6250

# CERTIFICATE OF SERVICE

      I, William A. Fetterhoff, hereby certify that on the date set forth below I served *via* the Court's ECF system a true and correct copy of the foregoing Entry of Appearance upon the following:

Assistant U.S. Attorney Ravi Romel Sharma
United States Attorney's Office
228 Walnut Street, Suite 220
Ronald Reagan Federal Building
Harrisburg, PA 17101
E-mail: ravi.sharma@usdoj.gov
Office: (717) 221-4482

Daniel T. Brier, Esq.
Myers, Brier & Kelly
425 Biden Street
Suite 200
Scranton, PA 18503
E-mail: dbrier@mbklaw.com
Office: (570) 342-6100

Date:   December 6, 2022

*/s/ William A. Fetterhoff*
William A. Fetterhoff
Myers, Brier, & Kelly
240 North Third Street
Suite 501
Harrisburg, PA 17101
E-mail: wfetterhoff@mbklaw.com
Cell: (717) 856-7421
Office: (717) 553-6250