# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
DEC 08 2022
PER _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **CONSENT TO PROCEED BEFORE** |
| | : | **UNITED STATES MAGISTRATE JUDGE** |
| v. | : | |
| | : | |
| JAMES COCCAGNA, | : | Case Number:  1:22-CR-00407 |
| Defendant | : | |

I, **JAMES COCCAGNA**, do consent to proceed before a United States Magistrate Judge and do waive my right to proceed before a United States District Court Judge.

_____
Defendant

_____
Assistant United States Attorney

_____
Defense Counsel

Dated: December 8, 2022