**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

FILED
HARRISBURG, PA
DEC 08 2022
PER _____
DEPUTY CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. NO. 1:22-CR-407** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| | : | **(Magistrate Judge Carlson)** |
| **JAMES COCCAGNA** | : | |

## REPORT AND RECOMMENDATION

The defendant appeared before me on this date and entered a plea of guilty to Count 1 of the Information. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the court conducted a full colloquy with the defendant and has determined the following:

1.  That the defendant is fully competent and capable of entering an informed plea;

2.  That the defendant is aware of the nature of the charges and the consequences of the plea;

3.  That the plea of guilty is a knowing and voluntary plea;

4.  That the plea is supported by an independent basis in fact containing each of the essential elements of the offense;

5.  That no promises have been made to the defendant beyond those set forth in the plea agreement and discussed in open court and no one has threatened the defendant to induce the entry of a guilty plea.

On the basis of the foregoing, it is recommended that the court enter an Order adjudging the defendant guilty of the offense, subject to the court's right to reject the

plea agreement at sentencing pursuant to Rule 11(c)(1)(C).   By a separate Order, a

pre-sentence investigation was ordered with disclosure of the pre-sentence report to

the parties on or before _____February  1_____, 2023.

   The parties are further placed on notice that pursuant to Local Rule 72.3:

Any party may object to a magistrate judge's proposed findings,
recommendations or report addressing a motion or matter described in
28 U.S.C. § 636 (b)(1)(B) or making a recommendation for the
disposition of a prisoner case or a habeas corpus petition within
fourteen (14) days after being served with a copy thereof. Such party
shall file with the clerk of court, and serve on the magistrate judge and
all parties, written objections which shall specifically identify the
portions of the proposed findings, recommendations or report to which
objection is made and the basis for such objections. The briefing
requirements set forth in Local Rule 72.2 shall apply. A judge shall
make a de novo determination of those portions of the report or
specified   proposed findings or recommendations to which objection
is made and may accept, reject, or modify, in whole or in part, the
findings or recommendations made by the magistrate judge. The judge,
however, need conduct a new hearing only in his or her discretion or
where required by law, and may consider the record developed before
the magistrate judge, making his or her own determination on the basis
of that record. The judge may also receive further evidence, recall
witnesses or recommit the matter to the magistrate judge with
instructions.

Submitted this _____8th____ day of _____December_____ 2022.

                                        s/Martin C. Carlson
                                        Martin C. Carlson
                                        United States Magistrate Judge