UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:22-cr-407 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| JAMES A. COCCAGNA, | : | (Electronically filed) |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO CONTINUE PSR DISCLOSURE DATE AND SENTENCING

1. Defendant James A. Coccagna was charged in this Court by way of Criminal Information on December 2, 2022. This case was originally assigned to U.S. District Judge Yvette Kane.

2. Coccagna pleaded guilty before U.S. Magistrate Judge Martin C. Carlson on December 8, 2022. The same day an order was issued directing the U.S. Probation Office to conduct a presentence investigation and prepare a presentence investigation report.

3. On June 13, 2023, the Government filed, with the concurrence of the Defendant, to transfer this case for all further proceedings to U.S. District Judge Jennifer P. Wilson on the basis of relatedness. That motion was granted the following day.

4. The Defendant's PSR was scheduled to be disclosed by the U.S. Probation Office no later than June 16, 2023.

5. The Government respectfully moves *nunc pro tunc* to continue this disclosure date by at least 180 days. The Government requires additional time to provide the U.S. Probation Office with the required information. Furthermore, this case was transferred to U.S. District Judge Jennifer P. Wilson because it is related to another matter, *United States v. Boone*, 1:22-cr-426, and that matter remains ongoing. It is scheduled for trial in May 2024.

6. Undersigned counsel has conferred with defense counsel, who have advised that they concur with this motion to continue the PSR disclosure date, recognizing that the Defendant's date of sentencing will necessarily be delayed as a result.

WHEREFORE, the Government respectfully requests that the Court continue the Defendant's PSR disclosure date and sentencing hearing.

Dated: June 21, 2023

Respectfully submitted,

GERARD M. KARAM
United States Attorney

<u>/s/ Ravi R. Sharma</u>
Ravi Romel Sharma
Assistant U.S. Attorney
PA 331135
1501 N. 6th Street, Box 202
Harrisburg, PA 17102
Tel: (717) 221-4482
Fax: (717) 221-4493
ravi.sharma@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on June 21, 2023, I served the foregoing document by electronic service on the following individuals:

Daniel T. Brier, Esq.
dbrier@mbklaw.com

William A. Fetterhoff, Esq.
wfetterhoff@mbklaw.com

                                    /s/ Ravi R. Sharma
                                    Ravi Romel Sharma
                                    Assistant U.S. Attorney