UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:22-cr-407 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| JAMES A. COCCAGNA, | : | (Electronically filed) |
| Defendant. | : | |

## ORDER

AND NOW, this 22nd day of June, 2023, upon consideration of the Government's Unopposed Motion to Continue the PSR Disclosure Date and Sentencing Hearing, it is ordered that the Motion is GRANTED. The Defendant's PSR shall be disclosed by the U.S. Probation Office no later than **December 16, 2023**. The Defendant's sentencing hearing shall be scheduled at a later date.

                                                       s/ Jennifer P. Wilson
                                                     Jennifer P. Wilson
                                                     United States District Judge