# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:22-CR-407 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| **JAMES A. COCCAGNA,** | : | |
| Defendant. | : | (Electronically Filed) |

# ORDER

AND NOW, this 20th day of November, 2024, upon consideration of the Government's Unopposed Motion to Continue the PSR Disclosure Date and Sentencing Hearing, it is ordered that the Motion is GRANTED. The Defendant's PSR shall be disclosed by the U.S. Probation Office no later than April 18, 2025. The Defendant's sentencing hearing shall be scheduled at a later date.

                                                  s/ Jennifer P. Wilson
                                                  Jennifer P. Wilson
                                                  United States District Judge
                                                  Middle District of Pennsylvania